# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

ISIAH ALEXANDER

NO. 2021 KW 0401

**JUNE 7, 2021**

---

In Re:    Isiah Alexander, applying for supervisory writs, 22nd Judicial District Court, Parish of Washington, Nos. 133547, 6132585.

---

**BEFORE:    WHIPPLE, C.J. WELCH AND CHUTZ, JJ.**

**WRIT DENIED ON THE SHOWING MADE.** Relator failed to include a copy of the bills of information, the commitment order, all pertinent minute entries, the guilty plea and sentencing transcripts, and any other portion of the district court record that might support the claims raised in the writ application. Supplementation of this writ application and/or an application for rehearing will not be considered. See Uniform Rules of Louisiana Courts of Appeal, Rules 2-18.7 & 4-9. In the event relator elects to file a new application with this court, the application must be filed on or before August 3, 2021. Any future filing on this issue should include the entire contents of this application, the missing items noted above, and a copy of this ruling.

**VGW**
**JEW**
**WRC**

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
FOR THE COURT